LAMOREUX, Respondent, vs. BAYFIELD COUNTY, Appellant.

*April 20—May 11, 1909.*

*Lamoreux v. Bayfield County, ante,* p. 394, followed.

APPEAL from a judgment of the circuit court for Bayfield county: JOHN K. PARISH, Circuit Judge. *Affirmed.*

*E. C. Alvord,* for the appellant.

For the respondent there was a brief by *Sanborn, Lamoreux & Pray,* and oral argument by *F. B. Lamoreux.*

BARNES, J. Every material question involved on this appeal was likewise involved on the appeal in another action between the same parties, decided herewith (*Lamoreux v. Bayfield Co., ante,* p. 394, 121 N. W. 255), and the decision in this case is controlled by that in the case referred to.

*By the Court.*—Judgment affirmed.

GERMAN NATIONAL BANK OF BEAVER DAM, WISCONSIN, Respondent, vs. BAYFIELD COUNTY, Appellant.

*April 20—May 11, 1909.*

*Lamoreux v. Bayfield County, ante,* p. 394, followed.

APPEAL from a judgment of the circuit court for Bayfield county: JOHN K. PARISH, Circuit Judge. *Affirmed.*

*E. C. Alvord,* for the appellant.

For the respondent there was a brief by *Sanborn, Lamoreux & Pray,* and oral argument by *F. B. Lamoreux.*

BARNES, J. This case is, in all respects material to the decision, identical with *Lamoreux v. Bayfield Co., ante,* p. 394, 121 N. W. 255, and is controlled thereby.

*By the Court.*—Judgment affirmed.